IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARLIN GEOPHYSICAL COMPANY & LAURA OLSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | Memorandum Decision and Order Finding as Moot Plaintiff's Motion for Protective Order <br><br> Case No. 2:08-cv-414 TS <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Brooke Wells |

Before the court is Plaintiff Laura Olson's Motion for Protective Order. Ms. Olson seeks an order from this court prohibiting the Government from taking her deposition. In response the Government notes that it has cancelled Ms. Olson's deposition so the motion is "technically moot."[1] The Government, however, intends to re-set Ms. Olson's deposition for a later date and therefore urges this court to address Ms. Olson's motion.

Article III of the United States Constitution limits federal court jurisdiction to actual cases or controversies.[2] The court therefore declines to rule on Ms. Olson's motion because there is no actual controversy at this time. Accordingly, Ms. Olson's Motion for Protective Order is deemed MOOT.

DATED this 29 September 2011.

Brooke C. Wells
United States Magistrate Judge

---

[1] Op. p. 3.

[2] U.S. Const. art. III, § 2, cl. 1.