IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ARLIN GEOPHYSICAL COMPANY & LAURA OLSON,<br><br>            Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>            Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTIONS TO COMPEL<br><br>Case No. 2:08-cv-414 TS<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Brooke Wells |

Defendant, the United States of America, has filed a motion to compel and an amended motion to compel discovery responses from Counterclaim Defendant Stephen G. Homer.[1] After receiving no opposition to the motions from Mr. Homer, the court entered an Order to Show Cause directing Mr. Homer to show why the court should not grant the Government's motions. Mr. Homer was given fifteen days from September 30, 2011, to respond to the Order to Show Cause. As of the date of this decision the court has failed to receive a response.

Accordingly, the Government's motions to compel are HEREBY GRANTED. Mr. Homer is ORDERED to provide complete responses to the United States' first Interrogatories and first Requests for Production of Documents. Mr. Homer must provide the responses within thirty (30) days from the date of this order.

      IT IS SO ORDERED

---

[1] Docket nos. 265 and 283.

DATED this 20 October 2011.

Brooke C. Wells
United States Magistrate Judge